UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                 Case No. 2:18-cr-41
                                                                  HON. PAUL L. MALONEY

LEE EDWARD BLOMQUIST,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 7, 2018, for the initial appearance and arraignment on this case. The government moved for detention with the agreement of pretrial services.

For reasons stated on the record:

IT IS HEREBY ORDERED that defendant will remain detained pending further proceedings.

IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2018